UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

DEC 0 6 2023

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) | CAUSE NO. |
| CHRISTOPHER HUGHES, | ) ) ) | 1:23-cr-181-JMS-MG |
| Defendant. | ) ) | |

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
18 U.S.C. §§ 922(g)(1)
Unlawful Possession of a Firearm by a Convicted Felon

On or about October 17, 2023, within the Southern District of Indiana, Indianapolis Division, CHRISTOPHER HUGHES, the defendant herein, did knowingly possess in and affecting commerce a firearm, to wit: a Smith and Wesson 9mm pistol and/or a Hungarian Arms R-9 9mm pistol, after knowingly having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one year, to wit:

Possession of Cocaine, a Felony, under cause number 49D31-2206-F5-016975 in Marion County, Indiana, on or about November 7, 2022;

Possession of Cocaine, a Felony, under cause number 49D31-2001-F6-000223 in Marion County, Indiana, on or about January 5, 2021;

Resisting Law Enforcement, a Felony, under cause number 49G17-1808-F6-027539 in Marion County, Indiana, on or about November 27, 2018;

Felon Carrying a Handgun, a Felony, under cause number 49G21-1706-F5-023543 in Marion County, Indiana, on or about August 21, 2017;

Intimidation, a Felony, under cause number 49G02-1706-F5-022111 in Marion County, Indiana, on or about July 27, 2017;

Domestic Battery, a Felony, under cause number 49G02-1705-F6-020072 in Marion County, Indiana, on or about July 27, 2017;

Possession of a Narcotic Drug, a Felony, under cause number 49G17-1808-F6-027539 in Marion County, Indiana, on or about November 10, 2016;

in violation of Title 18, United States Code, Sections 922(g)(1).

## FORFEITURE

1. The allegations in Count One of this indictment are realleged as if fully set forth here, for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of any of the offenses set forth in Count One, the defendant herein, shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm, which includes Smith and Wesson 9mm pistol and a Hungarian Arms R-9 9mm pistol and/or any ammunition involved in or used in any of the offenses of which he is convicted.

A TRUE BILL:

FOREPERSON

ZACHARY A. MYERS
United States Attorney

By: Jeremy C. Fugate
Assistant United States Attorney