UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | 1:23-CR-00181-JMS-MG |
| CHRISTOPHER HUGHES (01), | ) ) ) | |
| Defendant. | ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   The United States Marshal and to any authorized officer in whose custody the named individual may be held

GREETINGS: We command that you have the presence of Christopher Hughes now confined in the Marion County Detention Center; 2960 Prospect Street, Indianapolis, IN 46203 , in the custody of the Warden of said institution, under safe and secure conduct before the Judge of our District within and for the Southern District of Indiana, at Indianapolis, forthwith, to answer the prosecution now pending against him/her in said Court and after the proceedings in his/her case, that you return him/her to the aforesaid institution under safe and secure conduct, and have you then and there this writ.

WITNESS THE HONORABLE, MARIO GARCIA OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA, and the seal of said Court this date, December 11, 2023.